IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHUNDA SIMS                                                                 Plaintiff

v.                                      4:04CV00665 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                    Defendant

ORDER

Defendant has filed an unopposed motion to remand.  Defendant seeks remand to search for the missing cassette recording of the administrative hearing.  If it cannot be located within a reasonable amount of time, then a <u>de novo</u> hearing will be held.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown, and a remand is proper.  The motion of Defendant to remand (docket entry #5) is hereby granted, and this case is remanded to the Commissioner.  This is a "sentence six" remand.  The Clerk is directed to administratively close this file.

IT IS SO ORDERED.

DATED this 26th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE