IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHUNDA SIMS                                                              PLAINTIFF

VS.                              CASE NO. 4:04CV00665 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                  DEFENDANT

## ORDER

Plaintiff in this case is represented by James W. Stanley, Jr.  Mr. Stanley was suspended from practice before this Court effective June 22, 2007.  The above case was remanded as a sentence six remand and administratively closed on September 26, 2005 (DE #6).  The administrative transcript was filed February 21, 2008, and the case was reopened and reassigned.[1]  An Order setting a briefing schedule was entered February 26, 2008 (DE #13).  Plaintiff will need continuing representation and must either retain new counsel or proceed *pro se*.  Within thirty (30) days from the entry date of this Order, Plaintiff should notify the Court either that she intends to proceed *pro se* and provide the Court with her address and telephone number, or within thirty (30) days, Plaintiff's new attorney should enter an appearance.  All proceedings are stayed for a period of thirty (30) days following entry of this Order.

This Order is without prejudice to a motion for attorney's fees for work performed prior to the suspension, should such a motion become appropriate.

---

[1]This case was previously assigned to the late United States District Judge George Howard, Jr.

Mr. Stanley is directed to provide a copy of this Order to Plaintiff immediately.

SO ORDERED this 5th of March, 2008.


_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE