IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHUNDA SIMS                                                                                          PLAINTIFF

VS.                              CASE NO. 4:04-CV-00665 JMM/HLJ

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                           DEFENDANT

ORDER

On March 5, 2008 the Court directed plaintiff to either retain new counsel or proceed pro se with the above-listed case, following notice by the Social Security Administration of Attorney James W. Stanley Jr.'s inactive status [DE #16].

On October 7, 2008 attorney James W, Stanley, Jr. entered an appearance on behalf of plaintiff as counsel of record. The Court thereby rescinds the Order dated March 5, 2008 [DE #17] and has noted Mr. Stanley as plaintiff's attorney of record. A new scheduling order will be issued forthwith.

IT IS SO ORDERED this 15th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE