**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHUNDA SIMS                                                                        PLAINTIFF

v.                                4:04CV00665 JMM/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                    DEFENDANT

## ORDER

Defendant has filed a Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g) (1995). In pertinent part, this statute provides the following:

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to further develop the record, hold a new hearing, reevaluate the evidence, and issue a new decision. Plaintiff has not filed a Response objecting to the requested remand. Under these circumstances, a sentence four remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

IT IS THEREFORE ORDERED that Defendant's Motion to Remand (docket entry #33) be hereby granted. All other pending motions are rendered moot. Because this is a "sentence four" remand, it is without prejudice to Plaintiff's right to seek attorney's fees under the Equal Access to Justice Act.

DATED this 4th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE