**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


SHUNDA SIMS                                                              PLAINTIFF


v.                                        4:04CV00665 JMM/JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                  DEFENDANT


**<u>JUDGMENT</u>**

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND

ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner,

and remanding this case to the Commissioner for further proceedings pursuant to sentence four of

42 U.S.C. § 405(g) and *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

DATED this 4th day of February, 2009.


_____
UNITED STATES DISTRICT JUDGE