**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHUNDA SIMS                                                                    PLAINTIFF

V.                              4:04CV00665 JMM/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Approval of Attorney's Fees (docket entry #36) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. James W. Stanley, Jr., attorney for Plaintiff, $1,750.00, as attorney's fees, pursuant to the EAJA.

DATED this 15th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE